**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| | : | |
| HAYES | : | 02-3937 |
| MCKNIGHT | : | 02-3954 |
| SKOGLULND | : | 02-3979 |
| BALLIRO | : | 02-4111 |
| SADEIK | : | 02-4129 |
| HAYWARD, et al. | : | 02-4133 |
| WAINER, et al. | : | 02-4177 |
| VAN STREEPEN, et al. | : | 02-4199 |
| BAILEY | : | 02-4231 |
| ABERCROMBIE, et al. | : | 02-4235 |
| TRESSLAR, et al. | : | 02-4291 |
| CONLEY, et al. | : | 02-4296 |
| GLADHART, et al. | : | 02-4312 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

### O R D E R

       **AND NOW,** this        day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

      [     ]   -     Order staying these proceedings pending disposition of a related action.

      [     ]   -     Order staying these proceedings pending determination of arbitration proceedings.

      [     ]   -     Interlocutory appeal filed.

      [  X  ]   -     Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**


_____
**Cynthia M. Rufe, Judge**